In the Matter of Proving the Last Will and Testament of GEORGE UTRICH, Deceased.— Decree and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FREDERICK J. FLEISCHMAN, Respondent, v. ROBERT H. CASEY and VIRGINIA V. S. CASEY, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of RANDOLPH MCNUTT COMPANY for a Peremptory Mandamus Order Directed to WILLIAM A. ECKERT, as Comptroller of The City of Buffalo, Requiring Him to Countersign as Such Comptroller and Deliver to the Petitioner a Warrant for the Payment of Moneys Due the Petitioner for Goods Furnished the Board of Education of said City Under a Contract Between the Petitioner and the Said Board.— Order affirmed, without costs of this appeal to either party upon the ground that the city comptroller had no authority to reaudit the claim of petitioner, the claim having been properly audited by the board of education and the supplies having been bought for use in the public schools of the city and sufficient funds being on deposit with the city treasurer to the credit of the board of education with which to pay the bill. (*Matter of Fleischman* v. *Graves*, 235 N. Y. 84; *People ex rel. Wells & Newton Co.* v. *Craig*, 232 id. 125; *Matter of Poucher* v. *Berry*, 249 id. 16; *Matter of Brennan* v. *Board of Education*, 245 id. 8; *Matter of Board of Education* v. *Dibble*, 136 Misc. 171.) This decision is not to be taken as indicating our approval of the form of the specifications for the furniture and supplies of which the desks involved are a part. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN S. KELLNER, Appellant, v. FRANK LENAHAN & SONS, INCORPORATED, Respondent.— Judgment modified by stipulation and as modified affirmed, with costs to the respondent. Conclusions of law modified upon stipulation. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ALVAH F. STAHL, Respondent, v. ZELTER REALTY CORPORATION and Others, Defendants, Impleaded with JACOB ROSENZWEIG, as Trustee for the Benefit of Mechanic Lienors, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SMITH, Appellant.— Judgment of conviction affirmed, All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of Proving the Last Will and Testament of ALICE PYBUS, Deceased.— Decree and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ARTHUR W. STRAPPS and Another, Appellants, v. GEORGE ARCHAMBO and Another, Respondents.—Appeal dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SOFIA, Appellant.—Appeal dismissed upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.